[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 22, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-15003
Non-Argument Calendar

_____

D. C. Docket No. 05-00380-CR-03-RWS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADOLFO BADILLO,
a.k.a. Guerro,
a.k.a. Sobrino,
a.k.a. La Guera,

Defendant-Appellant.

_____

No. 08-15138
Non-Argument Calendar

_____

D. C. Docket No. 07-00033-CR-1-RWS-1

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

                              versus

ADOLFO PADILLO,

                                    Defendant-Appellant.

                    _____

            Appeals from the United States District Court
                  for the Northern District of Georgia
                    _____

                        (June 22, 2009)

Before: DUBINA, Chief Judge, TJOFLAT and COX, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Adolfo Badillo in these consolidated direct criminal appeals, has moved to withdraw from further representation of the appellant, because, in her opinion, the appeals are without merit. Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeals is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Badillo's convictions and sentences are **AFFIRMED**.